IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:03-cr-00036-MP

JAMES MICHAEL WASDIN,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 49, Motion for Early Termination of Probation by James Michael Wasdin.  The Court having considered the motion, it is hereby

**ORDERED AND ADJUDGED:**

The motion to terminate probation is denied.  The motion to return to Arizona to live, but to continue to be supervised by the Northern District of Florida, is denied.  The motion to terminate requirement that defendant undergo psychological counseling is denied as moot, since the defendant has completed this phase of his counseling.  Defendant shall continue with his other psychological counseling.

**DONE AND ORDERED** this _22nd_ day of June, 2005

                      *s/Maurice M. Paul*
            Maurice M. Paul, Senior District Judge