IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v().  CASE NO. 1:03-cr-00036-MP

JAMES MICHAEL WASDIN,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 51, Motion for Early Termination of Probation by James Michael Wasdin. The Court has reviewed the motion and has determined that it should be denied. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Motion for Early Termination of Probation (doc. 51) is denied, and all conditions of probation continue to apply in full force and effect.

**DONE AND ORDERED** this  *6th*   day of December, 2005

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge